UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

| | |
|---|---|
| UNITED STATES OF AMERICA | : Hon. Robert B. Kugler |
| | : |
| v. | : Criminal No. 07-459 (RBK) |
| | : |
| MOHAMAD IBRAHIM SHNEWER, | : |
| DRITAN DUKA, | : |
|   a/k/a "Distan Duka," | : |
|   a/k/a "Anthony Duka," | : |
|   a/k/a "Tony Duka," | : |
| ELJVIR DUKA, | : |
|   a/k/a "Elvis Duka," | : |
|   a/k/a "Sulayman," | : |
| SHAIN DUKA, | : |
| SERDAR TATAR, and | : |
| AGRON ABDULLAHU | : |

PROTECTIVE ORDER

This matter having been opened to the Court on the application of the United States of America (Assistant United States Attorneys William E. Fitzpatrick and R. Stephen Stigall, appearing) for a Protective Order regarding the government's disclosure to the defense of Federal Bureau of Investigation 302 Reports; and the defendants Mohamad Ibrahim Shnewer (Rocco C. Cipparone, Jr., Esquire, appearing), Dritan Duka, a/k/a "Distan Duka," a/k/a "Anthony Duka," a/k/a "Tony Duka," (Michael N. Huff, Esquire, appearing), Eljvir Duka, a/k/a "Elvis Duka," a/k/a "Sulayman," (Troy A. Archie, Esquire, appearing), Shain Duka (Michael Riley, Esquire, appearing), Serdar Tatar (Richard Sparaco, Esquire, appearing), and Agron Abdullahu (Richard Coughlin, Esquire, appearing) having no objection to the government's request; and for good and sufficient cause shown;

IT IS on this 13ᵗʰ day of August, 2007,

ORDERED AND ADJUDGED that the Federal Bureau of Investigation 302 Reports provided to defense counsel in the above-captioned matter, and the information contained therein, shall not be disclosed to any third party.

IT IS FURTHER ORDERED AND ADJUDGED that this Order does not prohibit defense counsel from disclosing the Federal Bureau of Investigation 302 Reports, and the information contained therein, to any defendant in this case, any counsel for a defendant in this case, or any investigator or support staff working for defense counsel in this case.

HONORABLE ROBERT B. KUGLER
United States District Judge

2