UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

| | |
|---|---|
| UNITED STATES OF AMERICA | : Hon. Robert B. Kugler |
| | : |
|    v. | : Criminal No. 07-459 (RBK) |
| | : |
| MOHAMAD IBRAHIM SHNEWER, | : |
| DRITAN DUKA, | : |
|   a/k/a "Distan Duka," | : |
|   a/k/a "Anthony Duka," | : |
|   a/k/a "Tony Duka," | : |
| ELJVIR DUKA, | : |
|   a/k/a "Elvis Duka," | : |
|   a/k/a "Sulayman," | : |
| SHAIN DUKA, | : |
| SERDAR TATAR, and | : |
| AGRON ABDULLAHU | : |

PROTECTIVE ORDER

This matter having been opened to the Court on the application of the United States of America (Assistant United States Attorneys William E. Fitzpatrick and R. Stephen Stigall, appearing) for a Protective Order regarding the government's disclosure to the defense of the alien files of defendants Mohamad Ibrahim Shnewer, Dritan Duka, a/k/a "Distan Duka," a/k/a "Anthony Duka," a/k/a "Tony Duka," Eljvir Duka, a/k/a "Elvis Duka," a/k/a "Sulayman," Shain Duka, Serdar Tatar, and Agron Abdullahu, and of Ferik and Zurata Duka; and for good and sufficient cause shown;

IT IS on this 24th day of August, 2007,

ORDERED AND ADJUDGED that the alien files provided to defense counsel in the above-captioned matter, and the information contained therein, shall not be disclosed to any third party.

IT IS FURTHER ORDERED AND ADJUDGED that this Order does not prohibit defense counsel from disclosing the alien files, and the information contained therein, to any defendant in this case, any counsel for a defendant in this case, or any investigator or support staff working for defense counsel in this case.

HONORABLE ROBERT B. KUGLER
United States District Judge