UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

_____

UNITED STATES OF AMERICA          : CRIMINAL NO. 07-459(RBK)

v.                                :

SERDAR TATAR                      :

_____

_____

DEFENDANT SERDAR TATAR'S
NOTICE OF MOTION TO SUPPRESS EVIDENCE

_____

TO:   United States Attorney
      (WILLIAM E. FITZPATRICK, A.U.S.A. & MIKE HAMMER, A.U.S.A.)
      Mitchell H. Cohen Courthouse
      One John F. Gerry Plaza
      Fourth & Cooper Streets, Second Floor
      Camden, New Jersey 08101

      ALL DEFENSE COUNSEL

      PLEASE TAKE NOTICE that the defendant, SERDAR TATAR, by and

through his attorney, RICHARD SPARACO, ESQ., moves before this

Honorable Court for an Order suppressing evidence and/or

testimony concerning evidence seized from the defendant in

violation of his Fourth Amendment rights under the United States

Constitution.

      Specifically, defendants moves:

      1.      To suppress evidence seized illegally and without
              a warrant on July 28, 2006 from defendant's Jeep
              Cherokee, any testimony concerning observations
              made of said evidence, and any other evidence
              derived therefrom constituting the fruit of that
              unlawful seizure;

2.      To suppress evidence seized illegally and with a warrant on May 7, 2006 from defendant's residence at 2100 Tremont Street, Apt. C-14, Philadelphia, Pennsylvania, any photographs taken of the apartment and of purported evidence seized from that apartment, and any testimony concerning observations made of said evidence, and any other evidence derived therefrom constituting the fruit of that unlawful seizure;

Respectfully submitted,

Dated: June 19, 2008            _____*/s/ Richard Sparaco*_____
RICHARD SPARACO, ESQ.
1920 Fairfax Ave.
Cherry Hill, New Jersey 08003-2007
(856) 751-8888
richard@sparaco.com
Attorney for Defendant,
SERDAR TATAR