6/7/18

RE: U.S.A v. SHNEWER, ET AL, CRIM. No. 07-459 (RBK)

Dear Mr. Cipparone,

I respectfully request you send me any and all documents, files, records, of any kind, and anything else in any way related or referring in any way to me or my case as soon as possible.

The ABA model rule 1.16 (A) states in relevant part, "Upon termination of representation, a lawyer shall ... surrendering papers and property which client is entitled."

I should note, that in 2012, 2013, 2014 I sent many letters and emails asking you and requesting the same but as of yet I haven't received any response. Thank you.

Sincerely,

Mohamed Shnewer
61283-066

cc: The Honorable Judge Robert Kugler    USP Terre Haute